IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERI LYN GILLIAM                                          PLAINTIFF

         v.                        CIVIL NO. 12-2057

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

### ORDER

Presently before this Court is the Defendant's Motion to Dismiss for lack of jurisdiction/improper venue.  ECF. No. 6.  On March 19, 2012, Plaintiff filed her complaint with this court, alleging that she was a resident of Crawford County, Arkansas.  ECF. No. 1.  Defendant contends that Plaintiff actually resides in Pineville, McDonald County, Missouri, and has done so since at least January 2012.  ECF No. 6.

An action brought against the Commissioner for review of a final administrative decision must be "brought in the district court in the United States for the judicial district in which the plaintiff resides, or has his principal place of business."  42 U.S.C. § 405(g).  Therefore, if Plaintiff was a resident of McDonald County, Missouri, at the time of the filing of this suit, this case is not properly before this Court. Accordingly, Plaintiff is hereby ordered to present this Court with proof of her residency in Crawford County, Arkansas, on March 19, 2012, on or before July 6, 2012.

IT IS SO ORDERED this 11th day of June 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE