IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRI LYN GILLIAM                                                     PLAINTIFF

V.                       NO. 12-2057

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                        DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this June 14, 2013.

                                         */s/ J. Marschewski*
                                         HONORABLE JAMES R. MARSCHEWSKI
                                         Chief United States Magistrate Judge

+